■ In the Matter of B. CHILDREN, Children Alleged to be Abused. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; MICHELINE B., Appellant. [746 NYS2d 261]

The Family Court's determination that the appellant abused Alberto is supported by a preponderance of the evidence (*see* Family Ct Act 1046 [b] [i]; *Matter of Gerald P.,* 275 AD2d 784, 785; *Matter of Dutchess County Dept. of Social Servs. [Douglas E., III] v Douglas E., Jr.,* 191 AD2d 694).

In addition, there is sufficient evidence to support a finding of derivative abuse with regard to Marie (*see Matter of Dutchess County Dept. of Social Servs. [Brittney C.],* 242 AD2d 533, 534; *Matter of Eli G.,* 189 AD2d 764, 765; *Matter of Christina Maria C.,* 89 AD2d 855; *cf. Matter of Christina P.,* 275 AD2d 783, 784; *Matter of Ijeoma O.,* 271 AD2d 691, 692; *Matter of Department of Social Servs. [Doris M.] v Juana M.,* 232 AD2d 487). Altman, J.P., Krausman, Schmidt and Crane, JJ., concur.